**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GLP HEALTH & BENEFIT SOLUTIONS, LLC

    Plaintiff,

v.                                        Case No. 10-13264

A-1 AFFORDABLE HEALTH INSURANCE
AGENCY, INC., et al.,

    Defendants.
                                          /

**ORDER REQUIRING CONFERENCE AND SETTING TELEPHONE CONFERENCE**

On November 22, 2010, Plaintiff GLP Health & Benefit Solutions, LLC, served a discovery request upon Defendants A-1 Affordable Health Insurance Agency, Inc., Steven Glass, and Jay Bressler, to which Defendants responded on February 17, 2011. On March 2, 2011, Plaintiff filed the instant motion to compel discovery. Defendants responded on March 21, 2011, asserting compliance with Plaintiff's document requests. At issue are the proper scope of certain requests for information concerning "customers of GLP" and the existence of electronic mail relevant to this matter. From the filings of the parties, it appears to the court that the parties have not yet sufficiently conferred to determine whether concurrence can be obtained, as required by Local Rule 7.1. E.D. Mich. LR 7.1(a). Accordingly,

IT IS ORDERED that Plaintiff's motion to compel discovery [Dkt. # 19] is HELD IN ABEYANCE.

IT IS FURTHER ORDERED that counsel for Plaintiff and Defendants MEET AND CONFER regarding remaining substance of Plaintiff's motion to compel discovery on or before **March 30, 2011**.

IT IS FURTHER ORDERED that counsel for Plaintiff and Defendants REPORT THE STATUS OF DISCOVERY in a telephone status conference on **March 31, 2011, at 11:30 a.m.**  The court will initiate the call.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  March 22, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 22, 2011, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522